JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM CLINE, an individual, on behalf of herself and as a CLASS of all others similarly situated, Plaintiff, <br><br> v. <br><br> ADVANCED DEPO, LLC; ADVANCED DEPO, LLC dba ADVANCED DEPOSITIONS; and DOES 1-25, inclusive, Defendants. | CASE NO. <br> 8:20-cv-1347-JLS-ADS |

## FINAL JUDGMENT

By separate order, the Court granted Defendants' Renewed Motion to Dismiss (Doc. No. 48). Accordingly, the Court enters final judgment in favor of Defendants, and this action is DISMISSED WITH PREJUDICE, and the Clerk is directed to close the file.

DATED: November 12, 2021

_____
HON. JOSEPHINE L. STATON,
UNITED STATES DISTRICT JUDGE